# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Linda Bennett

    **Plaintiff(s),**

    v.                        CIVIL NO: 07-80

Wal-Mart Stores East, LP;
Wal-Mart Stores East, Inc.; and
Gary Thompson,

    **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ryan M. Debski, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: October 17th 2007

                                            Robert E. Maxwell
                                            United States District Judge