IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
At Elkins

**LINDA BENNETT,**

    **Plaintiff,**

v.                                         Civil Action No. 2:07-cv-80

**WAL-MART STORES EAST, LP;**
**WAL-MART STORES EAST, INC.; and**
**GARY THOMPSON,**

    **Defendants.**

## ORDER

Upon consideration of the motion by Spilman Thomas & Battle, PLLC to excuse local sponsoring attorney for Defendants from attendance at depositions, it is hereby ORDERED that Eric W. Iskra, as sponsoring attorney, is hereby excused from having to attend depositions in this action and that Ryan M. Debski is permitted to appear at all depositions in this action without the presence of the sponsoring attorney.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 18th day of October, 2007.

_____
United States District Court Judge